| Phone: (330) 762-6335 | **Office Of** | One Cascade Plaza |
| Fax:   (330) 762-7072 | **The Chapter 13 Trustee** | Suite 2020 |
| Web:   www.chapter13info.com | Keith L. Rucinski, Trustee | Akron, Ohio 44308 |

**Holly Byler**                                                                                  **EMAIL: hbyler@ch13akron.com**

August 16, 2013

JACK E ALLOWAY, JR and LUCINDA J ALLOWAY
1218 BRIGGLE ROAD
AKRON, OH 44320

**Re: Case No. 11-51539**

The Trustee will cause an Order of Dismissal to be filed with the Bankruptcy Court within **TEN (10)** days for failure to comply with the agreed entry which was filed on **April 8, 2013.**

Last payment was received on **July 12, 2013**, which was a partial payment of $300**.** Your plan payment is **$600.00 MONTHLY**.

**\*\*Trustee is requesting $1200 be received by September 5, 2013.  This is $300 for May, $300 for July and $600 for August.\*\***

If your records are different than the Trustee's or you have a proposed remedy to the above, please contact your attorney immediately so that this matter can be resolved.  Your attorney is  **Ryan Gerace** and the phone number is **330-983-9719**.

Payment in an amount less than the plan payment will result in dismissal of your case.  Your plan may need to be modified in order for your plan to be feasible.  Feasible means plan must complete within 60 months from the date you filed Chapter 13.

Submitting an NSF check is considered a missed payment.


Sincerely,

/s/hrbyler
Holly R. Byler
Case Specialist

    cc:    RYAN J GERACE
              Via ECF