# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | | |
|---|---|---|---|
| In Re: | Jack E. Alloway, Jr. & | : | Case No. 11-51539 |
| | Lucinda J. Alloway | : | Judge Alan M. Koschik |
| | | : | Chapter 13 |
| | | : | |
| | | : | **SUGGESTION OF DEATH** |
| | | : | |

*************************************************************************

## NOTICE

Please take notice that Debtor Wife, Lucinda J. Alloway, has died. Attached is the certificate of death.

Respectfully Submitted,

 /s/ Ryan J. Gerace
Ryan J. Gerace  (0075913)
Borders & Gerace, LLC
529 White Pond Drive
Akron, Ohio 44320
Tel (330) 983-9719
bandgakroncourtnotices@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served upon the following by mailing a copy hereof by first class U.S. mail or electronically on this 21st day of September, 2015.

**Debtors:**
Jack E. Alloway, Jr.
1218 Briggle Road
Akron, Ohio 44320
*Served via Regular US Mail*

**Trustee:**
Keith L. Rucinski
*Served Electronically*

**US Trustee's Office**
*Served Electronically*

/s/ Ryan J. Gerace, Esq.
Ryan J. Gerace (0075913)