Reg. Dist. No. 77
Primary Reg. Dist. No. 7700
Registrar's No. 7700-2015000106

Ohio Department of Health
VITAL STATISTICS
CERTIFICATE OF DEATH
*Type or print in permanent blue or black ink*

State File No. 2015022614

11-51539

**DECEDENT**

| 1. Decedent's Legal Name(include AKA's if any)(First, Middle, LAST, suffix) | | | | | 2. Sex | 3. Date of Death (Mo/Day/Year) |
|---|---|---|---|---|---|---|
| LUCINDA J ALLOWAY | | | | | Female | March 04, 2015 |

| 4. Social Security Number | 5a. Age (Years) | 5b. Under 1 Year Months Days | 5c. Under 1 day Hours Minutes | 6. Date of Birth (Mo/Day/Year) | 7. Birthplace(City and State or Foreign Country) |
|---|---|---|---|---|---|
| 8746 | 58 | | | January 09, 1957 | AKRON, OHIO |

| 8a. Residence State | 8b. County | 8c. City or Town | | |
|---|---|---|---|---|
| OHIO | SUMMIT | AKRON | | |

| 8d. Street and Number | | 8e. Apt. No. | 8f. Zipcode | 8g. Inside City Limits? |
|---|---|---|---|---|
| 1218 BRIGGLE ROAD | | | 44320 | No |

| 9. Ever in US Armed Forces? | 10. Marital Status at Time of Death | 11. Surviving Spouse's Name (If wife, give name prior to first marriage) |
|---|---|---|
| No | Never Married | |

| 12. Decedent's Education | 13. Decedent of Hispanic Origin? | 14. Decedent's Race |
|---|---|---|
| HIGH SCHOOL GRADUATE OR GED | No | White |

| 15. Father's Name | 16. Mother's Name (prior to first marriage) | |
|---|---|---|
| PAUL P KIRBY | LAURETTA JARVIS | |

| 17a. Informant's Name | 17b. Relationship to Decedent | 17c. Mailing Address (Street and Number, City, State, Zip Code) |
|---|---|---|
| JACK EUGENE ALLOWAY JR | Husband | 1218 BRIGGLE ROAD |

| 18a. Place of Death | | |
|---|---|---|
| NonHospital – Hospice Facility | | AKRON, OHIO 44320 |

| 18b. Facility Name (if not Institution, give street & number) | 18c. City or Town, State and Zip Code | 18d. County of Death |
|---|---|---|
| HOSPICE CARE CENTER | COPLEY, OH 44333 | SUMMIT |

935236 2015022614 935236

**DISPOSITION**

| 19. Signature of Funeral Service Licensee or Other Agent | 20. License Number (of Licensee) | 21. Name and Complete Address of Funeral Facility |
|---|---|---|
| *Phillip C. Adams* | 9517 | ADAMS MASON MEMORIAL CHAPEL |
| 22. Method of Disposition Cremation | 32b. Date of Disposition 03.06.2015 | 791 E MARKET ST |
| 23c. Place of Disposition (Name of Cemetery, Crematory, or other place) ADAMS MASON FUNERAL HOME | 22d. Location (City/Town and State) AKRON, OH | AKRON, OH 44305 |

**REGISTRAR**

| 23. Registrar's Signature | 24. Date Filed |
|---|---|
| *Tawanda M. Weems* | March 6, 2015 |

| 25a. Name of Person Issuing Burial Permit | 25b. District No. | 25c. Burial Permit Issued |
|---|---|---|
| WEEMS, TAWANDA | 7700 | 3 6 2015 |

**CERTIFIER**

| 26a. Certifier (Check only one) | | | |
|---|---|---|---|
| ☒ Certifying Physician To the best of my knowledge, death occurred at the time, date, and place, and due to the cause(s) stated | | | |
| ☐ Coroner On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, and place, and due to the cause(s) and manner stated | | | |

| 26b. Time of Death | 26c. Date Pronounced Dead (Mo/Day/Year) | 26d. Was case referred to coroner? |
|---|---|---|
| 2014 | 3 4 2015 | No |

| 26e. Signature and Title of Certifier | 26f. License number | 26g. Date Signed |
|---|---|---|
| *Molly K Sams* | 35.066696 | 3 5 2015 |

| 27. Name (Last, First, Middle) and Address of Person who Completed Cause of Death |
|---|
| SCANTLING, MOLLY KRAMER, 3358 RIDGEWOOD AKRON, OH 44333 |

**CAUSE OF DEATH**

28. Part I. Enter the disease, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. List only one cause on each line. Type or print in permanent blue or black ink.

| | | Approximate Interval Between Onset and Death |
|---|---|---|
| Immediate Cause (Final disease or condition resulting in death) | a. Metastatic renal cell carcinoma | 23 years |
| Sequentially list conditions if any, leading to immediate cause. | b. Due to (or as a Consequence of) | |
| Enter Underlying Cause (Disease or injury that initiated events resulting in a death) | c. Due to (or as a Consequence of) | |
| | d. Due to (or as a Consequence of) | |

Part II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

| 29a. Was an Autopsy Performed? | 29b. Were Autopsy Findings Available Prior to Completion Of Cause of Death? |
|---|---|
| ☐ Yes ☒ No | ☐ Yes ☐ No ☐ Not Applicable |

| 30. Did Tobacco Use Contribute to Death? | 31. If Female, Pregnancy Status | 32. Manner of Death |
|---|---|---|
| ☐ Yes ☐ Unknown | ☒ Not pregnant within past year | ☒ Natural ☐ Homicide |
| ☒ No ☐ Probably | ☐ Pregnant at time of death | ☐ Accident ☐ Pending Investigation |
| | ☐ Not pregnant, but pregnant within 42 days of death | ☐ Suicide ☐ Could not be determined |
| | ☐ Not pregnant, but pregnant 43 days to 1 year before death | |
| | ☐ Unknown if pregnant within the past year | |

| 33a. Date of Injury (Mo/Day/Year) | 33b. Time of Injury | 33c. Place of Injury (e.g., Decedent's home, construction site, restaurant, wooded area) | 33d. Injury at Work? |
|---|---|---|---|
| | | | ☐ Yes ☐ No |

33e. Location of Injury (Street and Number or Rural Route Number, City or Town, State)

| 33f. Describe How Injury Occurred: | 33g. If Transportation Injury, Specify: ☐ Driver/Operator ☐ Pedestrian ☐ Passenger ☐ Other: |
|---|---|

HEA 2724 Rev. 01/07

COPY ... THE ...
HR-... 22 ...

REV. 6/2009

VERIFY PRESENCE OF ODH WATERMARK HOLD TO LIGHT TO VIEW